**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile:  (213) 383-7368
E-Mail:     maimons@aol.com

Attorney for Plaintiffs
BALUBHAI PATEL, Individually and as Trustee of the BALUBHAI PATEL FAMILY TRUST, PRAVIN AHIR, BHAKTA AND AHIR, INC., MAGGIE, LLC, SUD HOSPITALITY, INC., SUDHIR R. AHIR, VJPL, INC., JALARAM 6868 LLC, PANKAJ MODI, DIPAKKUMAR T. PATEL, NINA D. PATEL, VIMAL, INC., VIMAL PATEL, NANUBHAI PATEL, LALITABEN N. PATEL, PANKAJ NAIK, SHIVAY HOSPITALITY, INC., PATEL VANMALI PARTNERSHIP, JOSEPH ESSAVI, Individually and as Trustee of the Carasso Family Trust dated November 30, 2005, as amended

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALUBHAI PATEL; Individually and as Trustee of the BALUBHAI PATEL FAMILY TRUST; PRAVIN AHIR; BHAKTA AND AHIR INC.; MAGGIE, LLC; SUD HOSPITALITY, INC.; SUDHIR R. AHIR; VJPL, INC.; JALARAM 6868 LLC; PANKAJ MODI; DIPAKKUMAR T. PATEL; NINA D. PATEL; VIMAL, INC.; VIMAL PATEL; NANUBHAI PATEL; LALITABEN N.' PATEL; PANKAJ NAIK; SHIVAY HOSPITALITY, INC.; PATEL VANMALI PARTNERSHIP; JOSEPH ESSAVI, Individually and as Trustee of the Carasso Family Trust dated November 30, 2005, as amended,<br><br>Plaintiffs, | **Case No.: CV23-06882-GW-AJR**<br><br>**NOTICE OF INTERESTED PARTIES** |

| | |
|---|---|
| 1 | v |
| 2 | CITY OF LOS ANGELES, a municipal corporation; DOES 1-10 INCLUSIVE, |
| 3 | Defendants. |

The undersigned, counsel for Plaintiffs BALUBHAI PATEL, Individually and as Trustee of the BALUBHAI PATEL FAMILY TRUST, PRAVIN AHIR, BHAKTA AND AHIR, INC., MAGGIE, LLC, SUD HOSPITALITY, INC., SUDHIR R. AHIR, VJPL, INC., JALARAM 6868 LLC, PANKAJ MODI, DIPAKKUMAR T. PATEL, NINA D. PATEL, VIMAL, INC., VIMAL PATEL, NANUBHAI PATEL, LALITABEN N. PATEL, PANKAJ NAIK, SHIVAY HOSPITALITY, INC., PATEL VANMALI PARTNERSHIP, JOSEPH ESSAVI, Individually and as Trustee of the Carasso Family Trust dated November 30, 2005, as amended, certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

The list of parties are:

1. Plaintiff BALUBHAI PATEL, Individually and as Trustee of the BALUBHAI PATEL FAMILY TRUST,

2. Plaintiff PRAVIN AHIR,

3. Plaintiff BHAKTA AND AHIR, INC.,

4. Plaintiff MAGGIE, LLC,

5. Plaintiff SUD HOSPITALITY, INC.,

6. Plaintiff SUDHIR R. AHIR,

7. Plaintiff VJPL, INC.,

8. Plaintiff JALARAM 6868 LLC,

9. Plaintiff PANKAJ MODI,

10. Plaintiff DIPAKKUMAR T. PATEL,

11. Plaintiff NINA D. PATEL,

12. Plaintiff VIMAL, INC.,

13. Plaintiff VIMAL PATEL,

14. Plaintiff NANUBHAI PATEL,

15. Plaintiff LALITABEN N. PATEL,

16. Plaintiff PANKAJ NAIK,

17. Plaintiff SHIVAY HOSPITALITY, INC.,

18. Plaintiff PATEL VANMALI PARTNERSHIP,

19. Plaintiff JOSEPH ESSAVI, Individually and as Trustee of the Carasso Family Trust dated November 30, 2005, as amended,

20. Defendant CITY OF LOS ANGELES, a municipal corporation.

Counsel of record is unaware at this time of any insurance carrier which may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in this action or for the cost of defense.

Dated: August 24, 2023      LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
_____
FRANK A. WEISER, Attorney for
for Plaintiffs